GRAY, The A. R. See Case No. 519.

GRAY, The A. R. See Case No. 10,949.

----

## Case No. 5,732.

### GRAYDON v. HOOD.

[Cited in Morr. Min. Rights (4th Ed.) 65, as a state decision by Stone, J.]